Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
jpv@mcandrewvuotto.com
(973) 538-6308
Attorneys for Creditor, SHP VI Morris Plains, LLC d/b/a Arbor Terrace Morris Plains

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GABRIEL STONBELY, JR.,<br><br>                    Debtor. | Chapter 13<br><br>Case No. 24-43786 (NHL) |

**NOTICE OF APPEARANCE OF COUNSEL FOR SHP VI MORRIS PLAINS, LLC d/b/a ARBOR TERRACE MORRIS PLAINS**

       PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of SHP VI Morris Plains, LLC d/b/a Arbor Terrace Morris Plains.  Request is made that all documents and pleadings of any nature filed in this case be served on the undersigned at this address:

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
jpv@mcandrewvuotto.com
(973) 538-6308

       This request includes, inter alia, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

/s/Jonathan P. Vuotto
Jonathan P. Vuotto
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
(973) 538-6308

Dated:  September 20, 2024               Attorneys for SHP VI Morris Plains,
                                         LLC d/b/a Arbor Terrace Morris Plains